**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


VICTOR GOMEZ                                         CIVIL ACTION

VERSUS                                              NO. 20-212

UNITED STATES OF AMERICA                            SECTION: "I" (2)

## O R D E R

Pursuant to Local Rule 5.3, the clerk is not required to file any document or render any service for which a fee is legally collectible unless the fee for the service has been paid in advance. On January 17, 2020, the petitioner submitted a complaint that failed to include the requisite filing fee or a motion to proceed in forma pauperis without prepayment of the filing fee.

On January 22, 2020, the petitioner was notified that the filing fee or a motion to proceed in forma pauperis without prepayment of filing fee were required.  As of this date, petitioner has failed to provide either.

Accordingly,

**IT IS ORDERED** that the petitioner's complaint is **DISMISSED** for failure to comply with Local Rule 5.3 and failure to comply with this Court's directive.

New Orleans, Louisiana, this 2nd day of March, 2020.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE